UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"
DEF 1.1 CONTRERAS, EDGAR

Including terminated defendants, excluding terminated counsel

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
            Filed:  10/31/02
           Closed:  05/19/04
No. of Defendants:  3
  MJ Case Number:
              AKA:
  Location status:  U.S. Custody
       Trial date:
       Terminated:  YES
Needs interpreter:  YES
Counsel of record:  Scott Engelhard
                    119 1st Avenue S, Suite 320
                    Seattle, WA 98104
                    206-749-0117
                    FAX 425-671-0298
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Thomas C. Bradley
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 CONTRERAS, EDGAR

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846, 841(a)(1) CONSPIRACY TO POSSESS AND DISTRIBUTE CONTROLLED SUBSTANCE (F) | Sentenced (291-1) |
| 1 - 1 IND | 2 | 21:841(a)(1), (b)(1)(B), 846 and 18:2 POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE (F) | Dismissed (291-1) |
| 1 - 1 IND | 3 | 21:841(a)(1), (b)(1)(A), 846 and 18:2 POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE (F) | Dismissed (291-1) |
| 1 - 1 IND | 4 | 21:841(a)(1), (b)(1)(B), 846 and 18:2 POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE (F) | Dismissed (291-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"
DEF 1.1 CONTRERAS, EDGAR

Including terminated defendants, excluding terminated counsel

```
 1 -   1 IND    5      21:841(a)(1), (b)(1)(A), 846 and 18:2            Dismissed
                       POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE  (291-1)
                       (F)
```

```
                        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0100--CR (HRH)
                                      "USA V EDGAR CONTRERAS ET AL"
                                         DEF 2.1 BISONO, MARCOS
                        ───────────────────────────────────────────────────────────
                        Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
      Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed:  10/31/02
               Closed:  05/19/04
    No. of Defendants:  3
       MJ Case Number:
                  AKA:
      Location status:  U.S. Custody
           Trial date:
           Terminated:  YES
    Needs interpreter:  NO
    Counsel of record:  Darryl L. Jones
                        Law Office of Darryl L. Jones
                        109 W. 6th Avenue, Suite 200
                        Anchorage, AK 99501
                        907-278-1212
                        FAX 907-278-1213
                        Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial


    PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record:  Thomas C. Bradley
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial
```

Counts re: DEF 2.1 BISONO, MARCOS

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1 | 21:846, 841(a)(1) CONSPIRACY TO POSSESS AND DISTRIBUTE CONTROLLED SUBSTANCE (F) | Sentenced (145-1) |
| 1 - 1 IND | 2 | 21:841(a)(1), (b)(1)(B), 846 and 18:2 POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE (F) | Dismissed (145-1) |
| 1 - 1 IND | 3 | 21:841(a)(1), (b)(1)(A), 846 and 18:2 POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE (F) | Dismissed (145-1) |
| 1 - 1 IND | 4 | 21:841(a)(1), (b)(1)(B), 846 and 18:2 POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE (F) | Dismissed (145-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"
DEF 2.1 BISONO, MARCOS

---

Including terminated defendants, excluding terminated counsel

1 -   1 IND    5     21:841(a)(1), (b)(1)(A), 846 and 18:2          Dismissed
                     POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE    (145-1)
                     (F)

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0100--CR (HRH)
                            "USA V EDGAR CONTRERAS ET AL"
                            DEF 3.1 CRUZAGOSTO, RICARDO
  ─────────────────────────────────────────────────────────────────────────
                Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed:  10/31/02
              Closed:  05/19/04
  No. of Defendants:  3
    MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:  10/24/03
          Terminated:  YES
   Needs interpreter:  YES
   Counsel of record:  Ricardo Cruzagosto
                       Pro Per: 14550-006
                       USP Atwater
                       POB 019001
                       Atwater, CA 95301
                       Serve: YES
                        Type: Waived or Self
                        Role: 2255 Motion


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Thomas C. Bradley
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 3.1 CRUZAGOSTO, RICARDO

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846, 841(a)(1) CONSPIRACY TO POSSESS AND DISTRIBUTE CONTROLLED SUBSTANCE (F) | Sentenced (280-1) |
| 1 -   1 IND | 3 | 21:841(a)(1), (b)(1)(A), 846 and 18:2 POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE (F) | Dismissed (231-1) |
| 1 -   1 IND | 5 | 21:841(a)(1), (b)(1)(A), 846 and 18:2 POSSESSION/DISTRIBUTION OF CONTROLLED SUBSTANCE (F) | Dismissed (201-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                   "USA V EDGAR CONTRERAS ET AL"

                      For all filing dates
```

Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
                Filed: 10/31/02
               Closed: 05/19/04
No. of Defendants: 3

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 10/31/02 | [Re: DEF 1] Issued WOA. |
| NOTE - 2 | 10/31/02 | [Re: DEF 2] Issued WOA. |
| NOTE - 3 | 10/31/02 | [Re: DEF 3] Issued WOA. |
| 1 - 1 | 10/31/02 | [Re: DEF 1-3] PLF 1 Indictment. |
| 2 - 1 | 11/01/02 | [Re: DEF 1-3] JDR Grand Jury Minutes; Indt secret; WOAs to issue; no bail (det per 18:3142). |
| NOTE - 4 | 11/07/02 | [Re: DEF 2] USM Notice of Arrest; defendant arrested 11/7/02. |
| 3 - 1 | 11/12/02 | [Re: DEF 2] AHB Order of Detention Pending Hearing; cont arr/stat of cnsl/det hrg set 10:00 a.m., 11/14/02.  cc: USA, FPD (as friend of the court), USM, PO |
| 4 - 1 | 11/12/02 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of arr on Indt (held 11/8/02); cont arr/stat of cnsl/det hrg set 10:00 a.m., 11/14/02. cc: USA, FPD (as friend of the court) USM, PO, |
| NOTE - 5 | 11/13/02 | this note not used. |
| 5 - 1 | 11/14/02 | [Re: DEF 2] Financial Affidavit. |
| 6 - 1 | 11/14/02 | [Re: DEF 2] AHB Court Minutes [ECR: Denali Elmore] of cont arr/stat of cnsl/bail review hrg (held 11/14/02); FPD to appt CJA cnsl; hrg cont to 3:30 p.m., 11/18/02; off record: cont arr/stat of cnsl/bail review hrg set 3:30 p.m. VACATED and RESET to 11/18/02 at 1:30 p.m.  cc: USA, FPD (as Friend of the court), USM, PO |
| 7 - 1 | 11/14/02 | [Re: DEF 1-3] JWS Minute Order reassigning case to Judge Holland. cc: USA, USM, PO, MJ Branson, Judge Holland, FPD |
| NOTE - 6 | 11/18/02 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/16/02. |
| NOTE - 7 | 11/18/02 | [Re: DEF 3] USM Notice of Arrest; defendant arrested 11/16/02. |
| 8 - 1 | 11/19/02 | [Re: DEF 2] AHB Order of Detention Pending Hearing; det hrg set 9:00 a.m., 11/20/02.  cc: USA, M. Smith, USM, PO |
| 9 - 1 | 11/19/02 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of cont arr/stat of cnsl/bail review hrg (held 11/18/02); hrg cont to 9:00 a.m., 11/20/02.  cc: USA, M. Smith, USM, PO |
| 10 - 1 | 11/19/02 | [Re: DEF 1] Financial Affidavit. |
| 11 - 1 | 11/19/02 | [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 9:00 a.m., 11/22/02.  cc: USA, FPD (CJA Clerk), USM, PO |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                             "USA V EDGAR CONTRERAS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 11/19/02 | [Re: DEF 3] AHB Order of Detention Pending Hearing; det hrg set 11/22/02 at 9:00 a.m.  cc: USA, D. Arganian, USM, PO |
| 13 - 1 | 11/19/02 | [Re: DEF 1; 3] AHB Court Minutes [ECR: Linda Christensen] of arrs on Indt (held 11/19/02); FPD to accept appointment or appoint CJA cnsl as to each def; cont arrs/stat of cnsl/det hrg set 9:00 a.m., 11/22/02. cc: USA, FPD (CJA Clerk), D. Arganian, USM, PO |
| 14 - 1 | 11/19/02 | [Re: DEF 3] AHB Minute Order that cont arr/stat of cnsl/det hrg re: Def 3 set 11/22/02 is VACATED and RESET to 9:00 a.m., 11/21/02; cont arr/stat of cnsl/det hrg remains scheduled for 9:00 a.m., 11/22/02.  cc: USA, FPD (CJA Clerk), D. Arganian, USM, PO |
| 15 - 1 | 11/20/02 | [Re: DEF 1] Return of WOA executed on 11/16/02 at Fairbanks, AK by FBI. |
| 16 - 1 | 11/20/02 | [Re: DEF 3] Return of WOA executed on 11/16/02 at Fairbanks, AK by FBI. |
| 16A- 1 | 11/20/02 | [Re: DEF 2] Attorney Appearance of M. Smith. |
| 17 - 1 | 11/21/02 | [Re: DEF 2] Return of WOA executed on 11/7/02 at Anchorage, Alaska. |
| 18 - 1 | 11/21/02 | [Re: DEF 1-3] HRH Minute Order setting PTC for 12/9/02 at 9:00 am. cc: USA, USM, PO, FPD, M. Smith, D. Arganian, MJ Branson |
| 19 - 1 | 11/22/02 | [Re: DEF 1-3] Clerk's Notice UNSEALING DKT #18. cc: USA, USM, PO, def cnsl, MJ Branson, FPD |
| 20 - 1 | 11/22/02 | [Re: DEF 3] Attorney Appearance of D. Arganian. |
| 21 - 1 | 11/22/02 | [Re: DEF 3] Financial Affidavit. |
| 22 - 1 | 11/22/02 | [Re: DEF 3] AHB Order regarding preparation for trial; ptms due 12/5/02. cc: USA, D. Arganian |
| 23 - 1 | 11/22/02 | [Re: DEF 3] AHB Court Minutes [ECR: Natalie Day] of cont arr on Indt/stat of cnsl/det hrg (held 11/21/02); fin aff filed; D. Arganian appointed as CJA cnsl; def plead not guilty to all cts in Indt; def cnsl indicated he has a client who will be testifying in a Federal Crt trial in Seattle WA on tentative TBJ date; ptms due 12/5/02; def's oral mot for relase on electronic monitoring DENIED; order of det pending trial. cc: USA, FPD (CJA Clerk), D. Arganian |
| 24 - 1 | 11/22/02 | [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] re Cont Arr on Indt/Status of Cnsl/Det Hrg hld 11/22/02; FPD to apptd an FPD from Seattle, WA; cont arr/status of cnsl/det hrg set for 11/26/02 at 11:00 a.m. cc: USA, FPD, USM, USPO, A. Lee |
| 25 - 1 | 11/22/02 | [Re: DEF 3] AHB Order of Detention Pending Trial.  cc: USA, D. Arganian, USM, PO |
| 26 - 1 | 11/22/02 | [Re: DEF 2] AHB Order regarding preparation for trial; ptms due 12/4/02. cc: USA, M. Smith |
| 27 - 1 | 11/22/02 | [Re: DEF 2] AHB Order of Detention Pending Trial.  cc: USA, M. Smith, USM, PO |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                              "USA V EDGAR CONTRERAS ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 11/22/02 | [Re: DEF 2] AHB Court Minutes [ECR: Caroline Edmiston] of cont stat of cnsl/arr/bail review hrg (held 11/20/02); def cnsl stated interpreter no needed; entry of appearance FILED; def plead not guilty re: Cts 1-5 of Indt; def detanied; ptms due 12/4/02.  cc: USA, M. Smith |
| 28A- 1 | 11/22/02 | [Re: DEF 1] Motion for Amanda Lee to Appear Telephonically. |
| 29 - 1 | 11/22/02 | {SEALED} |
| 30 - 1 | 11/25/02 | {SEALED} |
| 31 - 1 | 11/25/02 | [Re: DEF 1] AHB Minute Order granting motion for Amanda Lee to Appear Telephonically (28A-1); Ms. Lee to call 202-354-3495 11/26/02 at 10:55 a.m. (AK Time) so that crt's interpreter may include cnsl in call placed to crtroom. cc: A. Lee |
| NOTE - 8 | 11/26/02 | Issued: Notice of Speedy Trial Act ddlns re: Def 1 to HRH.  cc: CMC |
| NOTE - 9 | 11/26/02 | Issued: Notice of Speedy Trial Act ddlns re: Def 2 to HRH.  cc: CMC |
| NOTE - 10 | 11/26/02 | Issued: Notice of Speedy Trial Act ddlns re: Def 3 to HRH.  cc: CMC |
| 32 - 1 | 11/27/02 | [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 1:00 p.m., 12/9/02. cc: USA, A. Lee, USM, PO |
| 33 - 1 | 11/27/02 | {SEALED} |
| 34 - 1 | 12/02/02 | [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] of cont arr on Indt/stat of cnsl/det hrg (held 11/26/02); def plead not guilty re: cts 1-5; def detained; det hrg set 12/9/02 at 1:00 p.m.; ptms due 12/11/02. cc: USA, A. Lee, USM, PO |
| 35 - 1 | 12/02/02 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 12/11/02.  cc: USA, A. Lee |
| 36 - 1 | 12/02/02 | {SEALED} |
| 37 - 1 | 12/02/02 | DEF 2 motion to continue date of trial |
| 38 - 1 | 12/02/02 | DEF 2 motion to continue time to file motions (to 1/4/03) |
| 39 - 1 | 12/02/02 | DEF 1 Attorney Appearance of A. Lee. |
| 40 - 1 | 12/03/02 | [Re: DEF 2] AHB Minute Order granting in part motion to continue time to file motions (to 1/4/03) (38-1); ptms now due COB 12/10/02 w/hand delivery on cnsl for govt; oppos due NLT COB 12/13/02 w/hand delivery on cnsl for def; in event tentatively scheduled 12/23/02 TBJ is cont crt will sua sponte adjuse date for filing ptms.  cc: USA, M. Smith |
| 41 - 1 | 12/04/02 | [Re: DEF 2] AHB Minute Order that MO at dkt 40 contained error; tentative TBJ date is 1/6/03 not 12/23/02; all other aspects of MO remain in force.  cc: USA, M. Smith |
| 42 - 1 | 12/04/02 | [Re: DEF 2] PLF 1 Discovery conference certificate. |
| 43 - 1 | 12/04/02 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                            "USA V EDGAR CONTRERAS ET AL"
  ─────────────────────────────────────────────────────────────────────────
                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 44 - 1 | 12/04/02 | [Re: DEF 3] PLF 1 Discovery conference certificate. |
| 45 - 1 | 12/06/02 | DEF 1 motion & notice of filing motion to withdraw & for other relief w/under seal declaration |
| 45 - 2 | 12/06/02 | DEF 1 motion for shortened time |
| 46 - 1 | 12/09/02 | [Re: DEF 1] Notice of filing Amanda Lee's notice of withdrawal and substitution of counsel w/att notice of withdrawal & substituion of counsel w/fax signature of Scott Engelhard |
| 47 - 1 | 12/09/02 | {SEALED} |
| 48 - 1 | 12/09/02 | {SEALED} |
| 49 - 1 | 12/09/02 | DEF 3 CJA appointment of David Arganian. |
| 46 - 2 | 12/10/02 | [Re: DEF 1] HRH Order granting Amanda E. Lee's withdrawal and substition of Scott Engelhard. cc: USA, A. Lee, S. Engelhard |
| 50 - 1 | 12/10/02 | [Re: DEF 1] HRH Court Minutes [ECR: Denali Elmore] PTC, held 12/9/02; granting motion to continue date of trial (37-1), new date to be set at later date; status of discovery & proposed deadlines for PTMs due 1/7/03; D1's oral mot to continue det hearing granted; def's detention continued. |
| 51 - 1 | 12/10/02 | [Re: DEF 1-3] HRH Order taking under advisement D1's motion & notice of filing motion to withdraw & for other relief (45-1), motion for shortened time (45-2); report re discovery plan, motion practice & trial date due 1/7/03; declared ends-of-justice delay in trial setting & motion practice. cc: USA, A. Lee, M. Smith, D. Arganian, MJ Branson, FPD |
| 52 - 1 | 12/10/02 | DEF 2 motion for bail hearing. |
| 53 - 1 | 12/11/02 | [Re: DEF 2] AHB Minute Order granting motion for bail hearing (52-1); bail hrg set 10:00 a.m., 12/13/02. cc: USA, M. Smith, USM, PO |
| 54 - 1 | 12/11/02 | [Re: DEF 2] CJA appointment of M. Smith (prior atty A. Lee 11/8/02). |
| 55 - 1 | 12/11/02 | [Re: DEF 1] CJA appointment of A. Lee. |
| 56 - 1 | 12/11/02 | [Re: DEF 1] CJA appointment of S. Engelhard substituting for A. Lee. |
| 57 - 1 | 12/12/02 | DEF 2 motion to take def's bail hrg off the calender. |
| 58 - 1 | 12/13/02 | [Re: DEF 2] AHB Minute Order granting motion to take def's 12/13/02 bail hrg off the calender (57-1). cc: USA, M. Smith, USM, USPO |
| 59 - 1 | 12/16/02 | DEF 1 motion to schedule a detention hearing on December 30, 2002. |
| 60 - 1 | 12/16/02 | {SEALED} |
| 61 - 1 | 12/16/02 | DEF 2 motion for bail hearing. |
| 62 - 1 | 12/17/02 | [Re: DEF 2] AHB Order granting motion for bail hearing (61-1); bail hrg set 12/19/02 at 11:00 a.m. cc: USA, M. Smith, USM, PO |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                              "USA V EDGAR CONTRERAS ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 63 - 1 | 12/17/02 | [Re: DEF 1] AHB Order granting motion to schedule a detention hearing on December 30, 2002 (59-1); det hrg set 12/30/02 at 10:30 a.m.  cc: USA, S. Englehard, USM, PO |
| 64 - 1 | 12/17/02 | {SEALED} |
| 65 - 1 | 12/18/02 | {SEALED} |
| 66 - 1 | 12/19/02 | [Re: DEF 2] AHB Minute Order that det hrg previously set for 11:00 a.m., 12/19/02 is RESET to 11:30 a.m., 12/19/02.  cc: USA, M. Smith, USM, PO |
| 67 - 1 | 12/20/02 | [Re: DEF 2] AHB Court Minutes [ECR: Robin Carter] of det hrg (held 12/19/02); oral mot to release def to third party custodian DENIED; det continued as previously set w/att wit/exh list.  cc: USA, M. Smith, USM, PO |
| 68 - 1 | 12/23/02 | {SEALED} |
| 69 - 1 | 12/31/02 | [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, S. Engelhard, USM, PO |
| 70 - 1 | 12/31/02 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] of det hrg (held 12/30/02); def oral mot to released DENIED; det continued; order of det pending trial FILED w/att wit/exh list.  cc: USA, S. Engelhard, USM, PO |
| 71 - 1 | 12/31/02 | DEF 2 Attorney Appearance of Darryl Jones. |
| 72 - 1 | 12/31/02 | DEF 2 Stipulation for substitution of counsel Darryl Jones for Michael Smith w/att consent by def. |
| 73 - 1 | 01/02/03 | DEF 2 motion & memo on shortened time to withdraw as counsel. |
| 72 - 2 | 01/03/03 | [Re: DEF 2] AHB Order granting stipulation for substitution of counsel Darryl Jones for Michael Smith (72-1).  cc: USA, M. Smith, D. Jones, FPD (CJA Clerk) |
| 74 - 1 | 01/03/03 | [Re: DEF 2] AHB Order granting motion & memo on shortened time to withdraw as counsel (73-1); D. Jones substituted for M. Smith.  cc: USA, M. Smith, D. Jones, FPD (CJA Clerk) |
| 65 - 2 | 01/09/03 | {SEALED} |
| 75 - 1 | 01/10/03 | [Re: DEF 1-3] PLF 1 Notice of joint filing of proposed discovery plan - status report w/att exh. |
| 76 - 1 | 01/14/03 | DEF 2 Notice of absence from state of cnsl from 1/30/03 through 2/12/03. |
| 77 - 1 | 01/22/03 | {SEALED} |
| 78 - 1 | 01/22/03 | [Re: DEF 1-3] HRH Order, approving agreement of parties; adopting Zapata discovery plan (#359 in A02-103CR); mot practice & trial plan to be filed by 2/6/03; declaring this case complex & to proceed on essentially same calendar as A02-103CR.  cc: USA, S. Englehard, D. Jones, D. Arganian, MJ Branson |
| 79 - 1 | 01/28/03 | DEF 1 Ex parte notice of no comment regarding CJA plan. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 80 - 1 | 02/04/03 | {SEALED} |
| 81 - 1 | 02/05/03 | DEF 1; 3 Proposed case management plan. |
| 82 - 1 | 02/05/03 | {SEALED} |
| 83 - 1 | 02/06/03 | [Re: DEF 1] AHB Minute Order ex parte hrg re: cnsl's ex parte mot for approval of CJA voucher (80-1) is set 9:00 a.m., 2/12/03; cnsl may participate telephonically. cc: S. Engelhard, USM |
| 84 - 1 | 02/06/03 | [Re: DEF 3] AHB Minute Order that ex parte hrg re: cnsl's mot for approval of excess CJA 20 voucher (82-1) is set 1:30 p.m., 2/7/03; cnsl may participate telephonically.  cc: D. Arganian, USM |
| 85 - 1 | 02/10/03 | [Re: DEF 1-3] PLF 1 Proposed trial management plan. |
| 86 - 1 | 02/10/03 | {SEALED} |
| 87 - 1 | 02/10/03 | {SEALED} |
| 88 - 1 | 02/10/03 | {SEALED} |
| 89 - 1 | 02/12/03 | {SEALED} |
| 90 - 1 | 02/18/03 | {SEALED} |
| 91 - 1 | 02/19/03 | [Re: DEF 1-3] HRH Order re Pretrial Calendar;  motion practice due as follows: (1) motions for multiplicity or duplicity [and] defect contentions with respect to the Indt due 4/1/03; (2) motions for bill of particulars due 5/2/03; (3) dscvy motions due 5/15/03; (4 & 5) motions to suppress due 6/2/03; (6) motions for disclosure of confidential informants due 6/17/03; (7) motions to sever due 7/07/03; (8a & 8b) wiretap motions due 8/1/03; (9 & 10) motions in limine & Rule 702 motions due 8/15/03; any unscheduled motion practice due 8/15/03; a single, unified response from govt w/respect to defense motions in classes (1) thru (7),(9), & (10) are due w/in 14 days following the last flg date for such class of motion; a single, unified response from govt w/respect to defense motions in class (8) are due w/in 21 days following the last flg date for such class of motion; optional reply to motions in classes (1) thru (7),(9), & (10) are due 7 days from date of oppo; optional reply to motions in classes (8) are due 14 days from date of oppo; all mot practice is referred to MJ; MJ shall consult with Judge Holland before scheduling of any evident hrgs; trial docs due 30 dyas prior to trial; TBJ tentatively set for 10/20/03; crt to make final decision re trial by 4/15/03. cc: USA, USM, PO, S. Englehard, D. Jones, D. Arganian, JC, MJ Branson |
| 92 - 1 | 02/25/03 | [Re: DEF 1-3] HRH Minute Order reminding cnsl of provisions of LCrR 11.1(b)(2). cc: S. Engelhard, D. Jones, USM, PO, USA, Judge Sedwick, MJ Roberts, MJ Branson, D. Arganian |
| 82 - 2 | 03/10/03 | {SEALED} |
| 93 - 1 | 03/10/03 | {SEALED} |
| 94 - 1 | 03/14/03 | {SEALED} |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                            "USA V EDGAR CONTRERAS ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 95  -  1 | 03/17/03 | {SEALED} |
| 96  -  1 | 03/18/03 | {SEALED} |
| 97  -  1 | 03/18/03 | {SEALED} |
| 98  -  1 | 03/20/03 | [Re: DEF 1-3] HRH Minute Order that gvt to file report re status of discovery by 4/2/03. cc: USA, S. Engelhard, D. Jones, D. Arganian, MJ Roberts |
| 99  -  1 | 03/20/03 | {SEALED} |
| 80  -  2 | 03/21/03 | {SEALED} |
| 100  -  1 | 03/21/03 | {SEALED} |
| 101  -  1 | 03/21/03 | {SEALED} |
| 96  -  2 | 03/24/03 | {SEALED} |
| 102  -  1 | 03/24/03 | {SEALED} |
| 97  -  2 | 03/25/03 | {SEALED} |
| 103  -  1 | 03/27/03 | {SEALED} |
| 104  -  1 | 04/02/03 | [Re: DEF 1-3] PLF 1 Discovery Status Report. |
| 101  -  2 | 04/11/03 | {SEALED} |
| 105  -  1 | 04/17/03 | [Re: DEF 1-3] HRH Order that TBJ set 10/20/03; grouping of defs for trial in A02-103 CR to be determined at FPTC as well as sequence of trial in this case w/trial in A02-103 CR; if all defs in A02-103 CR plead guilty or that case is terminated trial in this case will start on 10/20/03. cc: USA, S. Engelhard, D. Jones, D. Arganian, USM, USPO, MJ Branson, JC |
| 106  -  1 | 05/05/03 | {SEALED} |
| 107  -  1 | 05/09/03 | {SEALED} |
| 108  -  1 | 05/12/03 | [Re: DEF 2] HRH Minute Order setting PCOP for 5/20/03 at 8:30. cc: USA, USM, PO, D. Jones, MJ Branson, JC |
| 107  -  2 | 05/13/03 | {SEALED} |
| 109  -  1 | 05/19/03 | DEF 3 motion to withdraw as attorney (on shortened time) |
| 110  -  1 | 05/20/03 | [Re: DEF 2] HRH Court Minutes [ECR: Caroline Edmiston] PCOP, HELD 5/20/03; pled guilty ct 1 of IND; IOS tentatively set for 8/1/03 (no time); def detained; TBJ vacated re this def. cc: USA, USM, PO, D. Jones, MJ Branson, JC |
| 111  -  1 | 05/20/03 | [Re: DEF 1; 3] HRH Order appointing Yolanda Salazar-Hobrough as interpreter for in-court proceedings, including trial. cc: USA, USM, PO, S. Englehard, D. Arganian, Yolanda, Finance, Ida |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                                "USA V EDGAR CONTRERAS ET AL"
```

---

```
                                    For all filing dates
```

---

| Document # | Filed | Docket text |
|---|---|---|
| 112 - 1 | 05/22/03 | [Re: DEF 3] HRH Minute Order setting ex parte telephonic hearing on D3's mot to withdraw as cnsl (DKT #109) for 5/28/03 at 1:00 pm. cc: D. Arganian |
| 113 - 1 | 05/28/03 | {SEALED} |
| 114 - 1 | 05/29/03 | {SEALED} |
| 115 - 1 | 05/30/03 | {SEALED} |
| 116 - 1 | 06/04/03 | [Re: DEF 3] CJA appointment of Robert Leen. |
| 117 - 1 | 06/13/03 | {SEALED} |
| 117 - 2 | 07/03/03 | {SEALED} |
| 118 - 1 | 07/15/03 | {SEALED} |
| 119 - 1 | 07/21/03 | DEF 3 motion to compel discovery. |
| 120 - 1 | 07/22/03 | [Re: DEF 3] PLF 1 opposition to DEF 3 motion to compel discovery (119-1). |
| 121 - 1 | 07/23/03 | {SEALED} |
| 122 - 1 | 07/23/03 | [Re: DEF 3] AHB Minute Order terminating denying as moot re: motion to compel discovery (119-1).  cc: USA, R. Leen |
| 123 - 1 | 07/23/03 | {SEALED} |
| 124 - 1 | 07/25/03 | {SEALED} |
| 125 - 1 | 07/25/03 | {SEALED} |
| 126 - 1 | 08/01/03 | {SEALED} |
| 126 - 2 | 08/05/03 | {SEALED} |
| 127 - 1 | 08/06/03 | {SEALED} |
| 128 - 1 | 08/07/03 | DEF 1 motion for disclosure of plea & sentencing information (w/notice of filing faxed signature). |
| 127 - 2 | 08/08/03 | {SEALED} |
| 129 - 1 | 08/11/03 | {SEALED} |
| 130 - 1 | 08/11/03 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion for disclosure of plea & sentencing information (w/notice of filing faxed signature) (128-1). |
| 129 - 2 | 08/13/03 | {SEALED} |
| 131 - 1 | 08/13/03 | [Re: DEF 1] AHB Minute Order denying motion for disclosure of plea & sentencing information (128-1).  cc: USA, S. Englehard |
| 132 - 1 | 09/02/03 | DEF 3 motion (ex parte) to address def's letter raising 6th Amendment deficiencies of CJA cnsl w/att underseal exh. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                              "USA V EDGAR CONTRERAS ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|

133 - 1   09/04/03   [Re: DEF 3] AHB Minute Order that ex parte hrg re: mot (132) is set 10:00 a.m. (AK Time) 9/5/03; cnsl for def may participate telephonically.  cc: R. Leen

134 - 1   09/04/03   {SEALED}

135 - 1   09/05/03   {SEALED}

136 - 1   09/05/03   {SEALED}

137 - 1   09/05/03   {SEALED}

138 - 1   09/08/03   [Re: DEF 1; 3] HRH Order setting final pretrial conference for 9/29/03 at 8:30; defs/cnsl may attend telephonically by arranging such 2 days prior with CMC. cc: USA, USM, PO, S. Engelhard, R. Leen, MJ Branson

139 - 1   09/08/03   {SEALED}

140 - 1   09/08/03   DEF 2 Sentencing Memorandum.

141 - 1   09/08/03   {SEALED}

141 - 2   09/08/03   {SEALED}

142 - 1   09/11/03   {SEALED}

143 - 1   09/11/03   DEF 1 Exparte Notice of filing facsimile on behalf of cnsl of Intent to change plea and request for change of plea hearing.

144 - 1   09/12/03   {SEALED}

145 - 1   09/12/03   {SEALED}

146 - 1   09/12/03   {SEALED}

147 - 1   09/12/03   {SEALED}

148 - 1   09/15/03   DEF 3 motion (ex parte) for order appointing defendant Ricardo Cruz Agosto as co-counsel and reply to letter from judge dated 9/4/03.

149 - 1   09/15/03   DEF 3 motion for Faretta hearing w/att exh.

150 - 1   09/17/03   [Re: DEF 1] HRH Minute Order rescheduling 10/20/03 TBJ for PCOP on 9/23/03 at 8:30 a.m. cc: USA, USM, PO, S. Engelhard, MJ Branson, JC

151 - 1   09/19/03   DEF 3 motion to file belated motion addressing defect in counts 3 & 5 (no proposed motion)

NOTE - 11   09/22/03   Notation: Received & lodged D3's original mot to require govt to make an election as to counts 3 & 5

152 - 1   09/22/03   [Re: DEF 3] HRH Minute Order that D3 to lodge w/crt & serve gvt with cy of proposed mot to require gvt to make an election as to counts 3 & 5, referred to in motion for leave to file (DKT #151); gvt to respond to mot at #151 by 9/25/03 (faxed cy of proposed mot received 9/22/03 & routed to chambers). cc: USA, R. Leen

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                               "USA V EDGAR CONTRERAS ET AL"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 153 - 1 | 09/23/03 | {SEALED} |
| 154 - 1 | 09/23/03 | [Re: DEF 1] HRH Court Minutes [ECR: Denali Elmore] COP, HELD 9/23/03, pled guilty to ct 1 of IND; IOS 12/1/03 at 8:30; def detained; TBJ vacated; cts 2-5 to be dismissed at IOS. cc: USA, USM, PO, S. Engelhard, JC, MJ Branson |
| 155 - 1 | 09/23/03 | {SEALED} |
| 156 - 1 | 09/23/03 | {SEALED} |
| 157 - 1 | 09/24/03 | {SEALED} |
| 158 - 1 | 09/24/03 | [Re: DEF 3] PLF 1 opposition to DEF 3 motion to file belated motion addressing defect in counts 3 & 5 (151-1) |
| 158 - 2 | 09/24/03 | [Re: DEF 3] PLF 1 opposition to def's mot to require the gvt to make an election as to cts 3 & 5. |
| 159 - 1 | 09/25/03 | {SEALED} |
| 160 - 1 | 09/25/03 | DEF 3 motion to require the government to make an election as to counts 3 & 5. |
| 161 - 1 | 09/25/03 | Faxed cy DEF 3 reply to opposition to DEF 3 motion to require the government to make an election as to counts 3 & 5 (160-1) |
| 162 - 1 | 09/26/03 | {SEALED} |
| 163 - 1 | 09/26/03 | {SEALED} |
| 164 - 1 | 09/26/03 | [Re: DEF 3] PLF 1 Notice pursuant to 21:851 |
| 155 - 2 | 09/29/03 | {SEALED} |
| 163 - 2 | 09/29/03 | {SEALED} |
| 165 - 1 | 09/29/03 | {SEALED} |
| 166 - 1 | 09/29/03 | [Re: DEF 3] HRH Court Minutes [ECR: Caroline Edmiston] PTC, HELD 9/29/03; def Welhous in A03-080CR 1st to trial on 10/20/03; def Cruzagosto will go next starting 10/27/03; trial briefs due 10/10/03; voir dire questions & jury instructions due 7 days prior to trial. cc: USA, R. Leen |
| 167 - 1 | 09/30/03 | [Re: DEF 3] AHB Order denying motion for order appointing defendant Ricardo Cruz Agosto as co-counsel and (148-1), motion for Faretta hearing (149-1).  cc: USA, R. Leen |
| 168 - 1 | 09/30/03 | [Re: DEF 3] HRH Order granting motion to require the government to make an election as to counts 3 & 5 (160-1). cc: USA, R. Leen, MJ Branson |
| 156 - 2 | 10/01/03 | {SEALED} |
| 169 - 1 | 10/03/03 | {SEALED} |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                            "USA V EDGAR CONTRERAS ET AL"
```

---

```
                                  For all filing dates
```

---

| Document # | Filed | Docket text |
|---|---|---|
| 170 - 1 | 10/03/03 | {SEALED} |
| 170 - 2 | 10/06/03 | [Re: DEF 3] AHB Order granting motion for aturhoziation to expend public funds for necessary def services (170-1). cc: R. Leen, FPD (CJA Clerk) |
| 171 - 1 | 10/06/03 | {SEALED} |
| 172 - 1 | 10/06/03 | {SEALED} |
| 173 - 1 | 10/06/03 | {SEALED} |
| 173 - 2 | 10/06/03 | {SEALED} |
| 172 - 2 | 10/07/03 | {SEALED} |
| 174 - 1 | 10/07/03 | {SEALED} |
| 175 - 1 | 10/07/03 | {SEALED} |
| 176 - 1 | 10/08/03 | {SEALED} |
| 177 - 1 | 10/09/03 | {SEALED} |
| 178 - 1 | 10/10/03 | {SEALED} |
| 179 - 1 | 10/10/03 | {SEALED} |
| 180 - 1 | 10/10/03 | {SEALED} |
| 181 - 1 | 10/10/03 | [Re: DEF 3] PLF 1 Trial Brief. |
| 182 - 1 | 10/14/03 | {SEALED} |
| 183 - 1 | 10/15/03 | [Re: DEF 3] HRH Order granting unopposed motion on shortened time for protective order regarding disclosure of plea agreements (182-1). cc: USA, R.Leen |
| 184 - 1 | 10/15/03 | Faxed cy DEF 3 requested Jury Instructions (orig received 10/17/03) |
| 185 - 1 | 10/15/03 | Faxed cy DEF 3 motion for limited attorney conducted voir dire (orig received 10/17/03) |
| 186 - 1 | 10/15/03 | Faxed cy DEF 3 Proposed Voir Dire (orig received 10/17/03) |
| 187 - 1 | 10/16/03 | [Re: DEF 3] HRH Minute Order resetting TBJ from 10/27/03 to 10/24/03 for jury selection. cc: USA, USM, PO, R. Leen, JC, MJ Branson |
| 188 - 1 | 10/17/03 | {SEALED} |
| 188 - 2 | 10/17/03 | {SEALED} |
| 189 - 1 | 10/17/03 | Faxed cy DEF 3 Trial Brief |
| 190 - 1 | 10/20/03 | [Re: DEF 3] HRH Minute Order re gvt' trial brief; gvt to inform crt & def at once as to what it intends to attempt to prove at trial a to ct 5. cc: USA, R. Leen |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 191 - 1 | 10/20/03 | [Re: DEF 3] HRH Minute Order that court will hear def cnsl's mot to withdraw at #188, ex parte, on 10/24/03 at 8:30. cc: USA, R. Leen, USM |
| 192 - 1 | 10/20/03 | [Re: DEF 3] PLF 1 motion to dismiss Count 5 of the indictment |
| 193 - 1 | 10/20/03 | [Re: DEF 3] PLF 1 Proposed Jury Instructions |
| 196 - 1 | 10/20/03 | {SEALED} |
| 194 - 1 | 10/21/03 | {SEALED} |
| 194 - 2 | 10/21/03 | {SEALED} |
| 195 - 1 | 10/21/03 | {SEALED} |
| 195 - 2 | 10/21/03 | {SEALED} |
| 196 - 2 | 10/21/03 | {SEALED} |
| 197 - 1 | 10/21/03 | DEF 3 Trial Brief (original) |
| 198 - 1 | 10/21/03 | [Re: DEF 1-3] PLF 1 motion to substitute custody of D1 & D2 from USM to FBI & DEA on Sat & Sun |
| 199 - 1 | 10/21/03 | Faxed cy DEF 3 opposition to [Re: DEF 1-3] PLF 1 motion to substitue custody of D1 & D2 from USM to FBI & DEA on Sat & Sun (198-1) (orig received 10/24/03) |
| 200 - 1 | 10/21/03 | [Re: DEF 3] PLF 1 Notice of filing proposed indictment (redacted for trial), w/att unsigned redacted indictment |
| 192 - 2 | 10/22/03 | [Re: DEF 3] HRH Order granting motion to dismiss Count 5 of the indictment (192-1). cc: USA, R. Leen |
| 201 - 1 | 10/22/03 | [Re: DEF 3] HRH Judgment of Discharge dismissed count 5 of the Indictment (1-1) w/prejudice. cc: USA, USM, PO, R. Leen, MJ Branson |
| 202 - 1 | 10/22/03 | Faxed cy DEF 3 Revised Witness List (orig received 10/27/03) |
| 203 - 1 | 10/22/03 | [Re: DEF 3] HRH Order granting motion to substitute custody of D1 & D2 from USM to FBI & DEA on Sat & Sun (198-1). cc: USA, R. Leen, USM |
| 204 - 1 | 10/23/03 | [Re: DEF 3] PLF 1 Notice of intent to use DEPS |
| 205 - 1 | 10/23/03 | [Re: DEF 3] PLF 1 Witness List |
| 206 - 1 | 10/23/03 | {SEALED} |
| 207 - 1 | 10/23/03 | Faxed cy DEF 3 motion on short time for limited disclosure of sealed court documents (orig received 10/24/03) |
| 208 - 1 | 10/23/03 | DEF 3 Notice of filing facsmile on behalf of counsel w/att memo (received orig memo of law re multiple conspiracy defense) |
| 209 - 1 | 10/24/03 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 210 - 1 | 10/24/03 | [Re: DEF 3] HRH Minute Order that gvt to respond to #207 by noon, 10/27/03. cc: USA, R. Leen |
| 211 - 1 | 10/27/03 | [Re: DEF 3] PLF 1 Exhibit List |
| 212 - 1 | 10/27/03 | [Re: DEF 3] PLF 1 opposition to Faxed cy DEF 3 motion on short time for limited disclosure of sealed court documents (orig received 10/24/03) (207-1) |
| 213 - 1 | 10/27/03 | DEF 3 motion on shortened time for motion in limine re Rule 404(b) evidence |
| 214 - 1 | 10/27/03 | [Re: DEF 3] HRH Court Minutes [ECR: Denali Elmore] TBJ Day 1, held 10/24/03; Interpreter Yolanda;  attorney conducted voir dire (185-1) conducted; jury selected; reconvene 10/27/03 at 9:00 am; jury panel record attached. cc: Finance |
| 215 - 1 | 10/28/03 | [Re: DEF 3] HRH Court Minutes [ECR: Denali Elmore/Robin Carter], TBJ Day 2, held 10/27/03; interpreter Yolanda; reconvene 10/28/03 at 8:45 for cnsl & 9:00 for jury.  cc: Finance |
| 216 - 1 | 10/28/03 | DEF 3 supplemental defense requested Jury Instructions |
| 217 - 1 | 10/29/03 | [Re: DEF 3] HRH Court Minutes [ECR: Denali Elmore/Caroline Edmiston] TBJ, DAY 3, HELD 10/28/03; Interpreter Yolanda; granting motion on short time for limited disclosure of sealed court documents (207-1), cys provided; motion on shortened time for motion in limine re Rule 404(b) evidence (213-1); reconvene 10/29/03 at 9:00. cc: Finance |
| 218 - 1 | 10/29/03 | [Re: DEF 3] PLF 1 memo re multiple conspiracy defense |
| 219 - 1 | 10/30/03 | [Re: DEF 3] HRH Court Minutes [ECR: Robin Carter/Caroline Edmiston] TBJ day 4, held 10/29/03; interpreter Yolanda; closing arguments; reconvene 10/30/03 at 8:30; w/att jury & def notes. cc: Finance |
| 220 - 1 | 10/30/03 | {SEALED} |
| 221 - 1 | 10/31/03 | [Re: DEF 3] HRH Court Minutes [ECR: Caroline Edmiston] TBJ day 5, held 10/30/03, interpreter Yolanda; reconvene 10/31/03 at 9:00; w/att jury notes. cc: Finance |
| 222 - 1 | 10/31/03 | DEF 3 motion (ex parte) for travel authorization |
| 222 - 2 | 10/31/03 | [Re: DEF 3] HRH Order granting motion for travel authorization (222-1). USM, PO,R. Leen |
| 223 - 1 | 10/31/03 | DEF 3 motion (ex parte) for lodging authorization for one nights lodging w/att exh. |
| 223 - 2 | 10/31/03 | [Re: DEF 3] HRH Order granting (ex parte) motion for lodging authorization for one nights lodging (223-1).  cc: R. Leen |
| 224 - 1 | 10/31/03 | [Re: DEF 3] HRH Court Minutes [ECR: Caroline Edmiston] TBJ Day 6 held 10/31/03.  Jury resumed deliberations.  This matter to reconvene 11/3/03 at 9:00 a.m. w/jury note.  cc: Finance |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                              "USA V EDGAR CONTRERAS ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 225 - 1 | 11/03/03 | DEF 3 motion on shortened time to permit substitute counsel to take jury verdict. |
| 226 - 1 | 11/04/03 | [Re: DEF 3] JKS Court Minutes [ECR: Denali Elmore] TBJ day 7 held 11/3/03.  Court deemed moot motion on shortened time to permit substitute counsel to take jury verdict (225-1).  Verdict published def found guilty on count 1 and verdict form 3 re: count 3 of the Indictment and not guilty on verdict form 2 re: count 3 of the Indictment.  Jury Polled Def's oral motion to dismiss count 3 of the Indictment granted.  Jury excused.  Def's oral unopposed motion to extend the time limit to file a motion for a new trial to 30 days granted.  Def referred to P.O. for presentence report.  IOS set for 1/12/04 at 8:30 a.m. before Judge Holland.  Def's detention continued. Attached Jury note, list of witnesses and list of exhibits.  cc: T. Bradley, R. Leen, USM, USPO |
| 227 - 1 | 11/04/03 | DEF 3 Verdict. |
| 228 - 1 | 11/04/03 | [Re: DEF 3] Jury Instructions. |
| 229 - 1 | 11/04/03 | [Re: DEF 3] Supplemental Jury Instruction No. A. |
| 230 - 1 | 11/04/03 | {SEALED} |
| 231 - 1 | 11/04/03 | [Re: DEF 3] JKS Judgment of Discharge dismissed count 3 of the Indictment (1-1).  Granted the motion of the def for dismissal of count 3.  cc: T. Bradley, R. Leen, USm, USPO, Def w/cnsl cy, MJ Branson |
| 232 - 1 | 11/13/03 | [Re: DEF 3] HRH Minute Order re: IOS is set for 1/16/04 at 8:30 a.m. before Judge Holland.  cc: T. Bradley, R. Leen, USM, USPO |
| 233 - 1 | 11/19/03 | DEF 3 motion for a new trial w/memo. |
| 233 - 2 | 11/19/03 | DEF 3 Request for Oral Argument re: DEF 3 motion for a new trial w/memo (233-1). |
| 234 - 1 | 11/19/03 | {SEALED} |
| 234 - 2 | 11/19/03 | {SEALED} |
| 235 - 1 | 11/20/03 | {SEALED} |
| 236 - 1 | 11/20/03 | {SEALED} |
| 237 - 1 | 11/24/03 | DEF 3 motion to dismiss §851(a) enhancing information. |
| 235 - 2 | 11/25/03 | {SEALED} |
| 236 - 2 | 11/25/03 | {SEALED} |
| 238 - 1 | 11/25/03 | {SEALED} |
| 239 - 1 | 11/26/03 | {SEALED} |
| 239 - 2 | 12/01/03 | {SEALED} |
| 240 - 1 | 12/01/03 | [Re: DEF 3] PLF 1 opposition to DEF 3 motion to dismiss §851(a) enhancing information (237-1). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                        "USA V EDGAR CONTRERAS ET AL"
```

---

                            For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|

241 -   1  12/02/03  {SEALED}

242 -   1  12/02/03  {SEALED}

243 -   1  12/03/03  [Re: DEF 3] PLF 1 Unopposed motion on shortened time for scheduling and status conference.

244 -   1  12/05/03  [Re: DEF 3] HRH Order granting unopposed motion on shortened time for scheduling and status conferenc (243-1). The governments oppo to def's mot for new trial shall be filed 10 business days following the availability of trial transcripts.  Def's reply shall be filed in accordance with the applicable rules.  Def's reply to def's motion to dismiss a section 851(a) shall be filed 10 days following the availability of a final pre-sentence report by the Probation Service. The sentence date presently scheduled as to def Cruzagosto is vacated. The court will determine whether or not to schedule a hearings on the pending mots and sentencing separately or jointly after it has received and reviewed all of the above discussed filings.  A further scheduling order will be entered at that time with consultation between the courts' case manager and counsel.  cc: AUSA, R. Leen, USM, USPO

242 -   2  12/09/03  {SEALED}

245 -   1  12/11/03  DEF 3 (Amendment) Supplement re: DEF 3 motion for a new trial (233-1).

246 -   1  12/11/03  DEF 3 motion to strike information from government's opposition to motion to dismiss.

247 -   1  12/11/03  DEF 3 Memorandum of Law re: conspiracies, mandatory minimun sentences, and relevant conduct.

248 -   1  12/16/03  [Re: DEF 3] PLF 1 opposition to def's amendment to motion for new trial.

249 -   1  12/16/03  [Re: DEF 3] PLF 1 opposition to DEF 3 motion to strike information from government's opposition to motion to dismiss. (246-1)

250 -   1  12/18/03  DEF 3 reply to opposition to DEF 3 motion to dismiss §851(a) enhancing information (237-1).

251 -   1  01/23/04  {SEALED}

252 -   1  01/23/04  {SEALED}

253 -   1  01/28/04  {SEALED}

253 -   2  01/28/04  {SEALED}

251 -   2  01/29/04  {SEALED}

252 -   2  01/29/04  {SEALED}

254 -   1  01/29/04  [Re: DEF 3] Partial Transcript re: TBJ- Day 2 held on 10/27/03. (located in expando file)

255 -   1  01/29/04  [Re: DEF 3] Partial Transcript re: TBJ- Day 3 held on 10/28/03. (located in expando file)

---

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
                              "USA V EDGAR CONTRERAS ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 256 - 1 | 01/29/04 | [Re: DEF 3] Partial Transcript re: TBJ- Day 4 held on 10/29/03. (located in expando file) |
| 257 - 1 | 01/29/04 | [Re: DEF 3] Partial Transcript re: TBJ- Day 5 held on 10/30/03. (located in expando file) |
| 258 - 1 | 01/29/04 | [Re: DEF 3] Partial Transcript re: TBJ- Day 6 held on 10/31/03. (located in expando file) |
| 259 - 1 | 01/29/04 | [Re: DEF 3] Partial Transcript re: TBJ- Day 7 held on 11/03/03. (located in expando file) |
| 260 - 1 | 01/30/04 | {SEALED} |
| 261 - 1 | 02/12/04 | DEF 3 opposition to DEF 3 motion for a new trial (233-1). |
| 262 - 1 | 02/23/04 | DEF 3 Notice of unavailability of cnsl from 3/19/04 through 4/9/04. |
| 263 - 1 | 02/26/04 | DEF 3 reply to opposition to DEF 3 motion for a new trial (233-1). |
| 264 - 1 | 03/01/04 | {SEALED} |
| 265 - 1 | 03/03/04 | {SEALED} |
| 266 - 1 | 03/03/04 | DEF 3 Request for Oral Argument (filed by FPD w/fax signature) re: DEF 3 motion for a new trial (233-1) |
| 267 - 1 | 03/09/04 | [Re: DEF 3] HRH Minute Order oral argument re: all pending motions is set for 4/12/04 at 8:30 a.m. in Courtroom #1.  The parties are advised that if the motion for a new trial date is not granted, the IOS will be held 4/12/04 at 1:30 p.m. in Courtroom #1.  cc: AUSA, R. Leen, USM, USPO, MJ Branson |
| 269 - 1 | 03/18/04 | {SEALED} |
| 270 - 1 | 03/19/04 | {SEALED} |
| 271 - 1 | 03/31/04 | {SEALED} |
| 271 - 2 | 03/31/04 | {SEALED} |
| 272 - 1 | 04/05/04 | {SEALED} |
| 273 - 1 | 04/05/04 | DEF 3 motion on shortened time for evidentiary hearing. |
| 274 - 1 | 04/05/04 | [Re: DEF 3] PLF 1 Sentencing Memorandum. |
| 275 - 1 | 04/06/04 | {SEALED} |
| 276 - 1 | 04/06/04 | DEF 3 Sentencing Memorandum w/att exh. |
| 277 - 1 | 04/07/04 | {SEALED} |
| 277 - 2 | 04/09/04 | {SEALED} |
| 278 - 1 | 04/12/04 | [Re: DEF 3] HRH Court Minutes [ECR: Denali Elmore] re: hrg on pending mots held 4/12/04; denying mot for a new trial (233-1), mot to dismiss |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | §851(a) enhancing info (237-1), mot to strike info from govt's oppo to mot to dismiss (246-1); IOS remains set at 1:30 p.m. on 4/12/04; def det cont. cc: USA, R. Leen, USM, USPO |
| 279 - 1 | 04/12/04 | [Re: DEF 3] HRH Court Minutes [ECR: Denali Elmore] re: IOS held 4/12/04; sentenced to life in prison w/o release; $100.00 SA; def remanded to USM. |
| 279A- 1 | 04/12/04 | DEF 3 appeal to 9CCA of (280-1) filed 04/13/04. cc:USA, R. Leen, Judge Holland, 9CCA , USM, PO |
| NOTE - 12 | 04/13/04 | Transmittal: Forwarded notice of appeal (279A-1) to 9CCA. |
| 280 - 1 | 04/13/04 | [Re: DEF 3] HRH Judgment found guilty on count(s) 1 of the Indictment (1-1).    Imprisonment for a term of life without release.  Def is remanded to the custody of the USM.  SA $100.00.   cc: AUSA, R. Leen, USM, USPO, MJ Branson, Finance, FLU, Def w/cnsl cy |
| 281 - 1 | 04/13/04 | [Re: DEF 3] Cy 9CCA Time Schedule Order. (279A-1) cc: USA, R.Leen, USM, PO, Judge Holland, 9CCA (original) |
| 282 - 1 | 05/03/04 | {SEALED} |
| 283 - 1 | 05/04/04 | {SEALED} |
| 284 - 1 | 05/11/04 | {SEALED} |
| 285 - 1 | 05/12/04 | {SEALED} |
| 286 - 1 | 05/12/04 | {SEALED} |
| 286 - 2 | 05/14/04 | {SEALED} |
| 287 - 1 | 05/17/04 | [Re: DEF 3] Transcript re: IOS held 4/12/04. |
| 288 - 1 | 05/17/04 | [Re: DEF 3] Transcript re: O/A re: all pending mots held 4/12/04. |
| 289 - 1 | 05/17/04 | USM Return of svc on judgment re: DEF 3 on 5/13/04 to USP Atwater, at ATwater, CA. |
| 290 - 1 | 05/18/04 | {SEALED} |
| 291 - 1 | 05/19/04 | {SEALED} |
| 292 - 1 | 05/19/04 | {SEALED} |
| 293 - 1 | 05/19/04 | {SEALED} |
| 294 - 1 | 05/19/04 | {SEALED} |
| 292 - 2 | 05/24/04 | {SEALED} |
| 293 - 2 | 05/24/04 | {SEALED} |
| 294 - 2 | 05/24/04 | {SEALED} |
| 295 - 1 | 06/10/04 | {SEALED} |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 296 - 1 | 06/14/04 | DEF 3 Transcript Designation/Order Form re: notice of appeal (279A-1) transcripts have already been transcribed (IOS 4/12/04; O/A all pending mots 4/12/04). |
| 297 - 1 | 06/14/04 | [Re: DEF 3] cy 9CCA Certificate of Record. (279A-1) cc: USA, R. Leen, USM, PO, Judge Holland, 9CCA (original) |
| 298 - 1 | 06/15/04 | {SEALED} |
| 298 - 2 | 06/21/04 | {SEALED} |
| 299 - 1 | 06/29/04 | [Re: DEF 3] cy 9CCA Certificate of Record. (279A-1) cc: R. Leen, USA, Judge Holland, 9CCA (original( |
| 300 - 1 | 08/09/04 | {SEALED} |
| 300 - 2 | 08/09/04 | DEF 3 motion (ex parte) on shortened time for travel authorization. |
| 300 - 3 | 08/10/04 | {SEALED} |
| 301 - 1 | 08/30/04 | DEF 3 motion under Rule of Civil Procedure 60(b) for relief from judgment. |
| 302 - 1 | 08/31/04 | {SEALED} |
| 303 - 1 | 09/03/04 | [Re: DEF 3] HRH Order Directing Svc & Response; clerk to CY USA w/dkt 301; any request for cnsl/notice of intent to proceed w/o cnsl due on/before 10/4/04; clerk to send def USDC 40, application for appointment of cnsl, form CJA 23, fin aff, notice of intent to proceed w/o cnsl and pro se handbook; USA answer due 11/4/04; case referred to MJ Branson per LMJ Rule 4(5).  cc: USA, Def (w/above docs), MJ Branson, PSLC |
| 304 - 1 | 09/09/04 | [Re: DEF 3] Copy of Order from 9CCA (279A-1). Appellee's mot to stay proceedings is granted in part.  Case is stayed til 11/18/04 on or before expiration date of stay, appellee shall file answering brief or status rpt and an appropriate mot.  If answering brief is filed a reply brief is due 14 days after svc of answering brief.  Failure to file status rpt shall terminate the stay.  cc: R. Cruzagosto, Judge Holland, USA, USM, PO |
| 302 - 2 | 09/10/04 | {SEALED} |
| 305 - 1 | 09/16/04 | DEF 3 Motion to Withdraw dkt 301. |
| 305 - 2 | 09/16/04 | Clerk's Notice withdrawing motion under Rule of Civil Procedure 60(b) for relief from judgment (301-1). |
| 306 - 1 | 11/22/04 | [Re: DEF 3] Copy of Order from 9CCA(279A-1). Case is stayed until 1/18/05.  Appellee to file answering brief  or status rpt and appropriate mot.  If answering brief is filed, the replybrief shall be due 14 days after sc of the answering brief.  Failure to file a status report shall terminate the stay. cc: USA, R. Cruzagosto, Judge Holland |
| 307 - 1 | 01/18/05 | [Re: DEF 3] Copy of Order from 9CCA (279A-1) that gov't mot to further stay proceedings is denied as moot.  Briefing schedule is reset as follows: answering brief due 2/17/05 and optional reply brief due  14 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0100--CR (HRH)
"USA V EDGAR CONTRERAS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | days afer svc of the answering brief. cc: R. Cruzagosto, Judge Holland, USA |
| 308 - 1 | 01/27/05 | {SEALED} |
| 309 - 1 | 01/28/05 | {SEALED} |
| 310 - 1 | 01/31/05 | [Re: DEF 1] CJA appointment of S. Engelhard. |
| 311 - 1 | 05/06/05 | {SEALED} |
| 312 - 1 | 05/11/05 | {SEALED} |
| 313 - 1 | 07/29/05 | {SEALED} |
| 314 - 1 | 08/08/05 | [Re: DEF 1] HRH Order that stay of proceedings cont for addtl period; plf to file stat rpt by 12/30/05. cc: USA, S. Engelhard |